NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Steffeny Holtz, Esq.
Law Office of Steffeny Holtz
880 Apollo Street Suite 229
El Segundo, CA 90245
313-864-3227

ATTORNEY(S) FOR: JEFFREY SIMONEK

FILED
2015 NOV 25 PM 3: 15
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JEFFREY SIMONEK

  v.

CITY OF EL SEGUNDO, et al.

Plaintiff(s),

Defendant(s).

CASE NUMBER:

CV15-9190 - JAK (ASx)

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for      JEFFREY SIMONEK
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| JEFFREY SIMONEK | PLANTIFF |

NOVEMBER 25, 2015
Date

Signature: [signature]

Attorney of record for (or name of party appearing in pro per):

Plaintiff, Jeffrey Simonek