UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
11/25/15
CENTRAL DISTRICT OF CALIFORNIA
BY: CS          DEPUTY

# Notice of Non-Compliance With Local Rule 3-2

CV15-9190-JAK (ASx)

Pursuant to Local Rule 3-2, case-initiating documents and all concurrently filed documents must be filed electronically, unless exempted from electronic filing pursuant to Local Rule 5-4.2. You have failed to comply with this Court's Local Rules.

The documents presented for filing today will be accepted by the Clerk's Office, however, future filings must comply with this Court's Local Rules.

You must e-mail a conformed, "Filed"-stamped copy of your entire initial filing, including the Civil Cover Sheet, and Notice of Interested Parties, to the Court in PDF format by close of business the following business day. All documents must be sent as separate PDF attachments. E-mails must be directed to the appropriate division, according to the assigned case number, as follows:

[✓] **CivilIntakeCourtDocs-LA@cacd.uscourts.gov** (for Western Division case number CV##-####)

[ ] **CivilIntakeCourtDocs-RS@cacd.uscourts.gov** (for Eastern Division case number EDCV##-####)

[ ] **CivilIntakeCourtDocs-SA@cacd.uscourts.gov** (for Southern Division case number SACV##-####)

**SUBJECT LINE OF E-MAIL MUST INCLUDE BOTH
DOCUMENT TYPE** (complaint, notice of removal, etc.) **AND CASE NUMBER.**
*For example: Complaint CV14-01234-ABC (SHx)*

Case Number:     CV15-9190-JAK (ASx)          Date:     November 25, 2015

Case-initiating document filed:   Complaint, CV30, Summons, CV71

Name of filing attorney:     Steffeny Holtz

Received by Deputy Clerk:    Chris Sawyer

Attorneys who are not registered CM/ECF users must request a CM/ECF account; registered CM/ECF users must update their personal contact account information in the Court's CM/ECF system.

The Attorney Case-Opening User Manual and training videos are available on the Court's website at

http://www.cacd.uscourts.gov/e-filing/civil-case-opening

The **ECF Helpdesk** can be reached at 213-894-0242 during business hours:
Monday through Friday, 8:00 a.m. to 5:00 p.m. (Pacific Time).
E-mail questions to: ecf-helpdesk@cacd.uscourts.gov