**STEVEN J. ROTHANS – State Bar No. 106579**
**JILL WILLIAMS – State Bar No. 221793**
**CARPENTER, ROTHANS & DUMONT**
888 S. Figueroa Street, Suite 1960
Los Angeles, CA  90017
(213) 228-0400 / (213) 228-0401 [Fax]
srothans@crdlaw.com / jwilliams@crdlaw.com

Attorneys for Defendants,
City of El Segundo (also erroneously sued herein as
"El Segundo Police Department"), Chief Mitch Tavera,
Lt. Ray Garcia, Sgt. Janet Garza, Officer Erik Atkinson,
and Officer Jeffrey Humphrey

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY SIMONEK,<br><br>  Plaintiff,<br><br>vs.<br><br>CITY OF EL SEGUNDO; EL SEGUNDO POLICE DEPARTMENT, MITCH TAVERA, Chief of Police of the El Segundo Police Department; ERIC ATKINSON; JANET GARZA; RAY GARCIA; JEFFREY HUMPHREY; GREG BURNER; KELLY BURNER; EL SEGUNDO SCHOOL DISTRICT, and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No.: CV15-9190 JAK (ASx)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT FOR DAMAGES**<br><br><br><br><br><br><br><br>Discovery Cut-Off:  Not set<br>Final Pre-Trial Conf.:  Not set<br>Trial:  Not set |

   IT IS HEREBY STIPULATED by and among the parties to this action, through their counsel of record, as follows:

   1.   On November 25, 2015, the plaintiff filed the Complaint in this action.

   2.   Defendant Chief Mitch Tavera was served with the Complaint on February 11, 2016.  The other City of El Segundo defendant officers (Lt. Ray Garcia, Sgt. Janet Garza, Officer Erik Atkinson and Officer Jeffrey Humphrey)

---

STIPULATION TO EXTEND TIME TO RESPOND
TO SECOND AMENDED COMPLAINT

were served in the days thereafter. Pursuant to Federal Rules of Civil Procedure, Rule 15(a)(3) and 5(a)(1)(C), Chief Tavera's deadline to file a responsive pleading is Thursday, March 3, 2016.

3. On February 25, 2016, counsel for the City of El Segundo defendants sent a letter to plaintiff's counsel advising of their intent to file a Motion to Dismiss and outlining the bases for that motion, as required by Central District Local Rule 7-3.

4. On February 26, 2016, plaintiff's counsel responded to the meet and confer letter and advised that the plaintiff would be filing an amended complaint. On March 1, 2016, plaintiff's counsel advised that an amended complaint would be filed on March 7, 2016.

5. To avoid needless law and motion, the parties hereby stipulate, subject to the approval of the court, to extend the deadline for the City of El Segundo defendants to respond to the Complaint from March 3, 2016, to March 21, 2016. If the plaintiff files an amended complaint, these defendants' deadline to respond to that complaint shall be 21 days from the date the amended complaint is filed.

IT IS SO STIPULATED.

DATED: March 2, 2016        LAW OFFICE OF STEFFENY HOLTZ

                                        /s/ *Steffeny Holtz*
                            By: _____
                                Steffeny Holtz, Esq.
                                Attorneys for Plaintiff

///
///
///

- 2 -
STIPULATION TO EXTEND TIME TO RESPOND
TO SECOND AMENDED COMPLAINT

| | | |
|---|---|---|
| 1 | DATED: March 2, 2016 | CARPENTER, ROTHANS & DUMONT |

By: /s/ *Jill Williams*
_____
Steven J. Rothans, Esq.
Jill Williams, Esq.
Attorneys for Defendants,
City of El Segundo, Chief Mitch Tavera, Lt. Ray Garcia, Sgt. Janet Garza, Officer Erik Atkinson and Officer Jeffrey Humphrey

- 3 -

STIPULATION TO EXTEND TIME TO RESPOND
TO SECOND AMENDED COMPLAINT