**STEVEN J. ROTHANS – State Bar No. 106579**
**JILL WILLIAMS – State Bar No. 221793**
**CARPENTER, ROTHANS & DUMONT**
**888 S. Figueroa Street, Suite 1960**
**Los Angeles, CA  90017**
**(213) 228-0400 / (213) 228-0401 [Fax]**
**srothans@crdlaw.com / jwilliams@crdlaw.com**

Attorneys for Defendants,
City of El Segundo (also erroneously sued herein as "El Segundo Police Department"), Chief Mitch Tavera, Lt. Ray Garcia, Sgt. Janet Garza, Officer Erik Atkinson, and Officer Jeffrey Humphrey

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY SIMONEK, <br><br>              Plaintiff, <br><br>vs. <br><br>CITY OF EL SEGUNDO; EL SEGUNDO POLICE DEPARTMENT, MITCH TAVERA, Chief of Police of the El Segundo Police Department; ERIC ATKINSON; JANET GARZA; RAY GARCIA; JEFFREY HUMPHREY; GREG BURNER; KELLY BURNER; EL SEGUNDO SCHOOL DISTRICT, and DOES 1 through 10, inclusive, <br><br>              Defendants. | Case No.: CV15-9190 JAK (ASx) <br><br> **SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT FOR DAMAGES** <br><br><br><br><br><br><br><br> Discovery Cut-Off:  Not set <br> Final Pre-Trial Conf.:  Not set <br> Trial:  Not set |

  IT IS HEREBY STIPULATED by and among the parties to this action, through their counsel of record, as follows:

  1.  On November 25, 2015, the plaintiff filed the Complaint in this action.

  2.  Defendant Chief Mitch Tavera was served with the Complaint on February 11, 2016.  The other City of El Segundo defendant officers (Lt. Ray Garcia, Sgt. Janet Garza, Officer Erik Atkinson and Officer Jeffrey Humphrey)

were served in the days thereafter.  Pursuant to Federal Rules of Civil Procedure, Rule 15(a)(3) and 5(a)(1)(C), Chief Tavera's deadline to file a responsive pleading is Thursday, March 3, 2016.

3. On February 25, 2016, counsel for the City of El Segundo defendants sent a letter to plaintiff's counsel advising of their intent to file a Motion to Dismiss and outlining the bases for that motion, as required by Central District Local Rule 7-3.

4. On February 26, 2016, plaintiff's counsel responded to the meet and confer letter and advised that the plaintiff would be filing an amended complaint. On March 1, 2016, plaintiff's counsel advised that an amended complaint would be filed on March 7, 2016.

5. To avoid needless law and motion, following a stipulation of the parties, the Court issued an order extending the deadline for the City of El Segundo defendants to respond to the Complaint from March 3, 2016, to March 21, 2016. See 3/4/16 Order (Doc. 13).

6. As of the date of this stipulation, the plaintiff has not filed an amended pleading, due to various personal issues that have arisen with plaintiff's counsel.  Because the plaintiff still intends to file an amended complaint and the parties are desirous of avoiding needless law and motion, the parties stipulate to further extend the City of El Segundo defendants' deadline to respond to the Complaint from March 21, 2016, to April 4, 2016.  If the plaintiff files an amended complaint, these defendants' deadline to respond to that complaint shall be 21 days from the date the amended complaint is filed.

///

///

///

1 | IT IS SO STIPULATED.

3 | DATED: March 21, 2016     LAW OFFICE OF STEFFENY HOLTZ

/s/ *Steffeny Holtz*
By: _____
Steffeny Holtz, Esq.
Attorneys for Plaintiff

DATED: March 21, 2016     CARPENTER, ROTHANS & DUMONT

/s/ *Jill Williams*
By: _____
Steven J. Rothans, Esq.
Jill Williams, Esq.
Attorneys for Defendants,
City of El Segundo, Chief Mitch Tavera, Lt. Ray Garcia, Sgt. Janet Garza, Officer Erik Atkinson and Officer Jeffrey Humphrey

SECOND STIPULATION TO EXTEND TIME TO RESPOND
TO SECOND AMENDED COMPLAINT